| John Doe | IP | Hash Value | Country | Region | Date | Time | TimeZone | Relatedtitle | ISP | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 98.244.175.241 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-07-30 | 13:04:15 | UTC | Total Black Invasian #2 | Comcast Cable | Savannah |
| 2 | 76.18.254.76 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-13 | 06:03:38 | UTC | Total Black Invasian #2 | Comcast Cable | Brunswick |
| 3 | 76.125.28.143 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-27 | 00:40:09 | UTC | Total Black Invasian #2 | Comcast Cable | Augusta |
| 4 | 71.226.13.219 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-03 | 11:36:13 | UTC | Total Black Invasian #2 | Comcast Cable | Hephzibah |
| 5 | 68.51.174.95 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-25 | 17:17:38 | UTC | Total Black Invasian #2 | Comcast Cable | Savannah |
| 6 | 68.51.171.253 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-02 | 03:16:53 | UTC | Total Black Invasian #2 | Comcast Cable | Savannah |
| 7 | 66.177.192.56 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-23 | 22:32:04 | UTC | Total Black Invasian #2 | Comcast Cable | Brunswick |
| 8 | 68.47.123.218 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-24 | 12:47:05 | UTC | Total Black Invasian #2 | Comcast Cable | Augusta |
| 9 | 71.226.68.232 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-07-19 | 00:19:12 | UTC | Total Black Invasian #2 | Comcast Cable | Guyton |
| 10 | 68.51.209.226 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-30 | 06:11:43 | UTC | Total Black Invasian #2 | Comcast Cable | Savannah |
| 11 | 68.47.75.188 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-10-04 | 18:09:22 | UTC | Total Black Invasian #2 | Comcast Cable | Hephzibah |
| 12 | 67.190.204.178 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-07-24 | 00:16:31 | UTC | Total Black Invasian #2 | Comcast Cable | Saint Marys |
| 13 | 68.51.208.38 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-07-31 | 19:33:22 | UTC | Total Black Invasian #2 | Comcast Cable | Savannah |
| 14 | 75.90.46.133 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-28 | 19:00:15 | UTC | Total Black Invasian #2 | Windstream Communications | Glennville |
| 15 | 74.179.169.36 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-26 | 01:57:46 | UTC | Total Black Invasian #2 | BellSouth.net | Savannah |
| 16 | 98.94.75.181 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-16 | 07:32:00 | UTC | Total Black Invasian #2 | BellSouth.net | Grovetown |
| 17 | 24.214.84.17 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-06 | 10:36:12 | UTC | Total Black Invasian #2 | Knology | Grovetown |
| 18 | 173.8.44.65 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-20 | 09:07:12 | UTC | Total Black Invasian #2 | Comcast Business Communications | Brunswick |
| 19 | 50.77.1.49 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-01 | 13:31:21 | UTC | Total Black Invasian #2 | Comcast Business Communications | Savannah |
| 20 | 99.194.97.234 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-05 | 16:25:04 | UTC | Total Black Invasian #2 | CenturyTel Internet Holdings | Richmond Hill |
| 21 | 99.194.216.143 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-07-14 | 06:37:24 | UTC | Total Black Invasian #2 | CenturyTel Internet Holdings | Hinesville |
| 22 | 99.194.84.67 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-07-12 | 11:52:27 | UTC | Total Black Invasian #2 | CenturyTel Internet Holdings | Richmond Hill |
| 23 | 99.194.216.63 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-02 | 14:11:47 | UTC | Total Black Invasian #2 | CenturyTel Internet Holdings | Hinesville |
| 24 | 72.10.81.155 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-20 | 01:44:06 | UTC | Total Black Invasian #2 | Bulloch Telephone | Brooklet |
| 25 | 206.74.204.85 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-14 | 08:23:27 | UTC | Total Black Invasian #2 | Bulloch Telephone | Statesboro |
| 26 | 209.221.53.237 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-13 | 16:36:52 | UTC | Total Black Invasian #2 | Bulloch Telephone | Statesboro |
| 27 | 206.74.170.4 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-16 | 15:05:33 | UTC | Total Black Invasian #2 | Bulloch Telephone | Register |
| 28 | 207.144.76.113 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-17 | 14:43:32 | UTC | Total Black Invasian #2 | Spirit Telecom | Statesboro |
| 29 | 184.60.187.239 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-20 | 16:40:35 | UTC | Total Black Invasian #2 | TDS Telecom | Kingsland |
| 30 | 216.119.56.148 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-27 | 03:45:27 | UTC | Total Black Invasian #2 | Uscarrier Telecom, LLC. | Dublin |
| 31 | 68.47.123.31 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-15 | 09:20:25 | UTC | Total Black Invasian #2 | Comcast Cable | Augusta |
| 32 | 174.50.119.8 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-11 | 13:19:59 | UTC | Total Black Invasian #2 | Comcast Cable | Augusta |
| 33 | 98.244.162.90 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-12 | 07:05:23 | UTC | Total Black Invasian #2 | Comcast Cable | Rincon |
| 34 | 75.76.107.100 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-21 | 05:02:18 | UTC | Total Black Invasian #2 | Knology | Grovetown |
| 35 | 24.214.106.9 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-20 | 05:27:26 | UTC | Total Black Invasian #2 | Knology | Augusta |
| 36 | 71.226.78.123 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-10-07 | 04:53:57 | UTC | Total Black Invasian #2 | Comcast Cable | Savannah |
| 37 | 99.194.114.117 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-08-23 | 21:18:03 | UTC | Total Black Invasian #2 | CenturyTel Internet Holdings | Hinesville |
| 38 | 174.50.117.235 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-28 | 14:14:11 | UTC | Total Black Invasian #2 | Comcast Cable | Augusta |
| 39 | 174.50.101.167 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-09-30 | 18:06:14 | UTC | Total Black Invasian #2 | Comcast Cable | Augusta |
| 40 | 70.68.53.134 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-10-08 | 11:52:39 | UTC | Total Black Invasian #2 | Comcast Business Communications | Savannah |
| 41 | 24.214.172.134 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-10-02 | 11:57:35 | UTC | Total Black Invasian #2 | Knology | Augusta |
| 42 | 98.244.162.162 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-10-05 | 12:58:24 | UTC | Total Black Invasian #2 | Comcast Cable | Rincon |
| 43 | 216.186.162.201 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-10-07 | 20:51:54 | UTC | Total Black Invasian #2 | Knology | Grovetown |
| 44 | 24.236.81.180 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-10-10 | 20:44:27 | UTC | Total Black Invasian #2 | Knology | Evans |
| 45 | 174.56.210.123 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-10-11 | 23:38:28 | UTC | Total Black Invasian #2 | Comcast Cable | Grovetown |
| 46 | 69.73.3.127 | F5C177CD6270D69954B53EF2C536DC83ECEB2DC3 | US | Georgia | 2012-10-11 | 18:43:17 | UTC | Total Black Invasian #2 | Knology | Augusta |