# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-745-416

Effective date of
registration:

June 1, 2011

## Title

Title of Work: Total Black Invasion 2

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: May 23, 2011     Nation of 1st Publication: United States

## Author

■     Author: West Coast Productions, Inc.

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: West Coast Productions, Inc.

10040 Remmet Ave, Chatsworth, CA, 91311, United States

## Rights and Permissions

Organization Name: West Coast Productions, Inc.

Name: James Alexander

Telephone: 818-709-0100

Address: 10040 Remmet Ave

Chatsworth, CA 91311  United States

## Certification

Name: Alicia Renteria

Date: May 24, 2011